**Joan BARROWS, Respondent,**

v.

**Jerri LOVELACE and David Lovelace, D/B/A Regency Realtors, Appellants.**

**No. WD 42084.**

Missouri Court of Appeals, Western District.

Feb. 6, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 1990.

Application to Transfer Denied May 15, 1990.

James E. Ewan, William L. Hall, Independence, for appellants.

John R. Mencl, Penny J. Curtis, Independence, for respondent.

Before KENNEDY, P.J., and LOWENSTEIN and BERREY, JJ.

## ORDER

PER CURIAM.

Appeal from judgment in favor of respondent on her claim for her share of a real estate commission and on appellants' counterclaim for recovery on a real estate commission that had already been paid to respondent.

Judgment affirmed. Rule 84.16(b).